80 A.3d 374

**Joseph SCOTT, AY–2886, pro se, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 140 EM 2013.**

Supreme Court of Pennsylvania.

Nov. 19, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**